United States District Court

Eastern District of California

Henry Gaines, III,

       Plaintiff,

vs.

Kathy Prosper,

       Defendant.

No. Civ. S 05-2014 MCE PAN P

Findings and Recommendations

-oOo-

November 17, 2005, the court dismissed plaintiff's complaint because plaintiff sought to commence a class action without counsel.  The court explained a plaintiff proceeding without counsel has neither the authority to represent anyone but himself nor the competence to protect the interests of other prisoners as required under Fed. R. Civ. P. 23 and gave plaintiff 60 days to file an amended complaint on behalf of himself only.

    The 60-day period has expired and plaintiff has not filed an amended complaint.

1     Accordingly, I hereby recommend that this action be
2 dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b); L. R.
3 11-110.
4     Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these
5 findings and recommendations are submitted to the United States
6 District Judge assigned to this case.  Written objections may be
7 filed within 20 days of service of these findings and
8 recommendations.  The document should be captioned "Objections to
9 Magistrate Judge's Findings and Recommendations."  The district
10 judge may accept, reject, or modify these findings and
11 recommendations in whole or in part.
12     Dated:  February 7, 2006.

                            /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge